UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMAR BROWN,

    Plaintiff,

                                        Case No. 11-13516

v.

                                      Hon. John Corbett O'Meara

LIBERTY MUTUAL GROUP,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S**
**MOTION TO DISMISS FOR FAILURE TO PROSECUTE**

    Before the court is Defendant's motion to dismiss for failure to prosecute, filed April 20, 2012. Plaintiff did not file a response, which was due May 14, 2012.

    Accordingly, IT IS HEREBY ORDERED that Defendant's motion to dismiss for failure to prosecute is GRANTED and the complaint is DISMISSED.

                                        s/John Corbett O'Meara
                                        United States District Judge

Date: May 24, 2012

    I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, May 24, 2012, using the ECF system and upon Damar Brown at 17300 Strasburg, Detroit, Michigan 48205 by first-class U.S. mail.

                                        s/William Barkholz
                                        Case Manager